ACCEPTED
05-15-00017-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/20/2015 3:55:56 PM
LISA MATZ
CLERK



**COBB MARTINEZ WOODWARD**

William D. Cobb, Jr.
214.220.5201

214.220.5244 direct fax
wcobb@cobbmartinez.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

5/20/2015 3:55:56 PM

LISA MATZ
Clerk

May 20, 2015

Lisa Matz
Clerk of the Court
Fifth Court of Appeals
George L. Allen, Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202-4658

> Re: *James David Horton and Robbie Lesa Horton v. Brooke Daves*
> Cause No. 05-15-00017-CV; 5th Court of Appeals

Dear Ms. Matz:

Pursuant to the Court's letter dated April 14, 2015, please be advised that, William D. Cobb, Jr., will be presenting oral argument on behalf of Brooke Daves in the above matter set for argument on May 27, 2015 at 11:00 a.m.

If you have any questions, please do not hesitate to give me a call.

Sincerely,

William D. Cobb, Jr.

WDC/lb/137649